IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AMERIPRIDE SERVICES, INC.                                                            PLAINTIFF

Vs.                             CASE NO.   3:07cv00085 JMM

FLASH MARKET, INC.                                                                   DEFENDANT

## ORDER

Defendant has filed an answer demanding a jury trial (docket entry #10). The proposed trial date set in the Initial Scheduling Order (docket entry #7), will be for a jury trial instead a court trial.

IT IS SO ORDERED this 30th day of August, 2007.

                                                       AT THE DIRECTION OF THE COURT
                                                       JAMES W. McCORMACK
                                                       CLERK OF COURT


                                                       By     /s/ Donna Jackson
                                                              Deputy Clerk