

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**AMERIPRIDE SERVICES, INC.**            **PLAINTIFF**

vs.        **CIVIL ACTION NO. 3:07CV00085 JMM**

**FLASH MARKET, INC.**            **DEFENDANT**

## ORDER OF DISMISSAL WITH PREJUDICE

Came before the Court the parties hereto and having announced to the Court that they have reached an amicable resolution to this dispute, the Court finds:

That the Complaint filed herein should be and is hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
DISTRICT JUDGE

DATE: 3/14/08

APPROVED AS TO FORM:

_____
Monte D. Estes, Bar #89150
DOVER DIXON HORNE PLLC.
425 West Capitol, Suite 3700
Little Rock, AR 72201
(501) 375-9151

ATTORNEYS FOR PLAINTIFF